

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/3/2024_

Ryan T. Benson<br>
312.422.6138 Direct<br>
312.422.6110 Facsimile<br>
rbenson@ohaganmeyer.com

May 2, 2024

Judge Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *JACQUELINE FERNANDEZ v. BEN BRIDGE - JEWELER, INC.*
             Case No. 1:24-cv-01597-AT

Dear Judge Torres:

    Plaintiff and Defendant write jointly to request an extension of time to respond to the Complaint and adjourn the May 6, 2024 deadline to submit the joint letter and case management plan.

    Defendant sent Plaintiff a pre-motion letter on April 25, 2024. Plaintiff's counsel has been out of the office for Passover and has not had adequate time to respond to the pre-motion letter that has a response due on May 2, 2024. The current response deadline to the Complaint is May 3, 2024.

    The request to extend the timing for the response to the Complaint and adjourn the May 6, 2024 deadline for the joint letter and case management plan is so the parties can finalize the pre-motion letter discussions and exchanges pursuant to the Court's Standing Order.

    Defendant has a current response date to the Complaint of May 1, 2024. Defendant, with consent of Plaintiff, respectfully requests an extension of time up to May 10, 2024 to respond to the Complaint. Defendant also consents to extending Plaintiff's time to respond to the pre-motion letter until May 6, 2024.

    This represents Defendant's second request for an extension of time to answer, move, or otherwise respond to the Complaint. This represents the parties first request to adjourn the deadline for the joint letter and case management plan.

One East Wacker Drive | Suite 3400 | Chicago, Illinois 60601 | www.ohaganmeyer.com

Chicago • Los Angeles • Washington D.C. • Philadelphia • Wilmington, DE • Richmond, VA • Alexandria, VA

                                  Respectfully submitted:

                                  Ryan T. Benson

RTB:jhm
cc:    All Attorneys of Record (*via* ECF)

GRANTED.

1. By **May 6, 2024**, Plaintiff shall respond to Defendant's pre-motion letter.

2. By **May 10, 2024**, Defendant shall respond to the complaint.

3. By **May 15, 2024**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 3, 2024
       New York, New York

                                  ANALISA TORRES
                                United States District Judge